NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN BRANNEN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7099

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2455, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of John Brannen's unopposed motion to withdraw his appeal,

BRANNEN v. SHINSEKI                                              2


IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21

ISSUED AS A MANDATE:  October 2, 2013